IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ARCHIE CABELLO,)
)
      Plaintiff,)   3: 12-cv-02259-PK
)
v.)
)   ORDER TO DISMISS
ROBERT E. JONES, et al.,)
)
      Defendants.)

SIMON, District Judge.

Plaintiff has filed what the Court construes as a Motion for Voluntary Dismissal (titled "Motion to Pull Case"). Defendants have not been served in this prisoner civil rights action. Accordingly, the Court grants plaintiff's Motion [6].

### CONCLUSION

Plaintiff's Motion [6] to Voluntarily Dismiss is GRANTED and this action is DISMISSED without prejudice. No filing fee will be assessed in this case.

IT IS SO ORDERED.

DATED this 7th day of February, 2013.

                                          Michael H. Simon
                                          United States District Judge

1 - ORDER TO DISMISS